UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| BRISTOL MYERS SQUIBB COMPANY,<br>               Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>               Defendants. | Case No. 3:23-cv-3335-ZNQ-JBD |
| JANSSEN PHARMACEUTICALS, INC.,<br>               Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>               Defendants. | Case No. 3:23-cv-3818-ZNQ-JBD |

## ORDER

Upon consideration of Defendants' July 28, 2023 letter in the above-captioned matters, and the entire record herein, it is hereby **ORDERED** that the following schedule shall govern further proceedings in these cases:

- **August 16:** Plaintiffs' motions for summary judgment (one brief for each Plaintiff, not to exceed 40 pages each)

2

- **October 16:** Defendants' combined opposition and cross-motion for summary judgment (one combined brief, not to exceed 80 pages, to be filed on the docket in both cases)

- **November 10:** Plaintiffs' combined replies in support of their motions for summary judgment and oppositions to Defendants' cross-motion for summary judgment (one combined brief for each Plaintiff, not to exceed 40 pages each)

- **December 8:** Defendants' reply in support of their cross-motion for summary judgment (one brief, not to exceed 30 pages, to be filed on the docket in both cases)

It is further **ORDERED** that the parties need not file statements of material fact under Local Civil Rule 56.1(a), and it is further

**ORDERED** that Defendants need not file an answer to the complaints.

**SO ORDERED.**

_____
The Honorable Zahid N. Quraishi
United States District Judge