UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| BRISTOL MYERS SQUIBB CO., <br><br> Plaintiff, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*, <br><br> Defendants. | Case No. 3:23-cv-3335-ZNQ <br><br> So Ordered this 7th day of DECEMBER, 2023 <br><br> _____ <br> Hon. Zahid N. Quraishi <br> **United States District Judge** |
| JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*, <br><br> Defendants. | Case No. 3:23-cv-3818-ZNQ |

### CONSENT ORDER

Upon consideration of Defendants' unopposed request to extend the page limit for their combined reply brief in support of their cross-motion for summary judgment by 15 pages, it is hereby **ORDERED** that the request is **GRANTED**.

Defendants shall file a combined reply brief not to exceed 45 pages.